AMY L. MORSE (CA Bar No. 92135)
amorse@adorno.com
RICK D. NAVARRETTE (CA Bar No. 122653)
rnavarrette@adorno.com
PATRICIO A. MARQUEZ (CA Bar No. 230694)
pmarquez@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as Receiver, erroneously sued herein as "successor to Washington Mutual Bank," and CALIFORNIA RECONVEYANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LAUREN GRAUMAN and LAWRENCE GRAUMAN,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK; JPMORGAN CHASE BANK, NA SUCCESSOR TO WASHINGTON MUTUAL BANK; ALLIANCE TITLE COMPANY; CALIFORNIA RECONVEYANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 2:10-CV-03888-GW-FFM<br><br>JUDGE: Hon. George H. Wu<br><br>**REPLY MEMORANDUM RE: NON-OPPOSITION TO DEFENDANT JPMORGAN CHASE BANK, N.A.'S AND CALIFORNIA RECONVEYANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(B)(6); DECLARATION OF PATRICIO A. MARQUEZ**<br><br>**DATE:** September 9, 2010<br>**TIME:** 8:30 a.m.<br>**CTRM:** 10<br><br>**Action Filed:** April 9, 2010 |

///

### REPLY MEMORANDUM OF POINTS AND AUTHORITIES

Defendants JPMorgan Chase Bank, N.A., for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver (JPMorgan), and California Reconveyance Company ("CRC") (collectively, "Defendants") respectfully submit this Reply re: Non-Opposition to their Motion to Dismiss ("Motion to Dismiss") the First Amended Complaint of plaintiffs Lauren Grauman and Lawrence Grauman ("Plaintiffs").

I. **ARGUMENT**

Defendants filed and served the Motion to Dismiss on August 5, 2010. (*See* Docket No. 7; s*ee also*, Declaration of Patricio A. Marquez ("Marquez Decl."), ¶ 2.) The hearing on the Motion to Dismiss is set for September 9, 2010, at 8:30 a.m. in courtroom "10". (*See* Marquez Decl., ¶ 2.)

The Central District of California Local Rules ("Local Rules"), specifically Local Rule 7-9, require a party opposing a motion to file a written opposition with the Court not later than twenty-one (21) days before the hearing on the motion. Therefore, Plaintiffs' opposition to the Motion to Dismiss was due by August 19, 2010. (*See* Marquez Decl., ¶ 3.) Local Rule 7-12 states that the Court may decline to consider any memorandum or other paper not filed within the deadline set by order or local rule. Furthermore, the failure to file any required paper, or the failure to file it within the deadline, <u>may be deemed consent to the granting or denial of the motion</u>. Local Rule 7-12.

To date, Defendants have not received any opposition to the Motion to Dismiss. (*See,* Marquez Decl., ¶ 3.) The case docket on PACER also indicates that no opposition has been filed. (*See* Docket.) Therefore, the Court should not consider any belated opposition from Plaintiffs, and the Motion to Dismiss must be granted in its entirety without leave to amend. *See* Local Rule 7-3, 7-12.

///

///

## II. CONCLUSION

Defendant respectfully requests that the Motion to Dismiss be granted in its entirety without leave to amend.

Respectfully submitted,

DATED: August 26, 2010

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ Patricio A. Marquez
Patricio A. Marquez
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as Receiver, erroneously sued herein as "successor to Washington Mutual Bank," and CALIFORNIA RECONVEYANCE COMPANY

# DECLARATION OF PATRICIO A. MARQUEZ

I, PATRICIO A. MARQUEZ, declare as follows:

1. I am an associate with the law firm of Adorno Yoss Alvarado & Smith, a Professional Corporation, attorneys of record herein for Defendants JPMorgan Chase Bank, N.A., for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver (JPMorgan), and California Reconveyance Company ("CRC") (collectively, "Defendants").  I have been duly admitted to practice law in the State of California and the U.S. District Court for the Central District of California.  I am submitting this Declaration in support of Defendants' Reply Re:  Non-Opposition to Motion to Dismiss the First Amended Complaint of plaintiffs Lauren Grauman and Lawrence Grauman ("Plaintiffs").  If called as a witness in this matter, I am competent to testify of my own personal knowledge, to the best of my recollection, as to the matters set forth in this Declaration.

2. My office, on behalf of Defendants, filed and served a Motion to Dismiss the First Amended Complaint on August 5, 2010.  The hearing on the Motion to Dismiss is set for September 9, 2010, at 8:30 a.m. in courtroom "10."

3. Plaintiffs' opposition to the Motion to Dismiss was due by August 19, 2010.  To date, Defendants have not received any opposition to the Motion to Dismiss.  The case docket on PACER also indicates that no opposition has been filed.

I declare under penalty of perjury under the laws of the State of California and the United States that this declaration is true and correct.

Executed on August 26, 2010, at Los Angeles, California.

    /s/ Patricio A. Marquez  
PATRICIO A. MARQUEZ

2056991.1

1  
DECLARATION OF PATRICIO A. MARQUEZ